# REQUEST

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

### DEMANDE
### AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE

Convention on the Service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye, le 15 Novembre 1965:*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| UMS Solutions d/b/a<br>Universal Imaging<br>c/o Steven Sledzik, Esq.<br>Jones Morrison, LLP<br>670 White Plains Road - PH<br>Scarsdale, New York 10583<br>U.S.A. | Central Authority Administrator for the service of Foreign Documents<br>MINISTRY OF JUSTICE/Order in Council<br>1001 Douglas Street. (Box 9280 Stn Prov Gov)<br>Victoria, British Columbia V8W 2C5<br>Canada |

The undersigned applicant has the honour to transmit – in duplicate – the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(identity and address)

*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- à l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
*(identité et adresse)* Brad Cornell, 6529 Kempson Crescent, Delta, BC V4E 1R6

Tel:

[X] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
  a) *selon les formes légales (article 5, alinéa premier, lettre a).*

[ ] (b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
  b) *selon la forme particulière suivante (article 5, alinéa premier, lettre b):*_____

[ ] (c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
  c) *le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents – and of the annexes* – with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Énumération des pièces*

| Summons<br>Petition (with two Exhibits) | Done at<br>*Fait à* Scarsdale, New York | , the 4th day of<br>*le* May 2017 |
|---|---|---|
| | Signature and/or stamp:<br>*Signature et/ou cachet.*<br>[signature] | |

* Delete if inappropriate.
*Rayer les mentions inutiles.*

(Formerly OBD-116 which was formerly LAA-116, both of which may still be used)

USM-94
(Est. 11/22/77)

## SUMMARY OF THE DOCUMENT TO BE SERVED
### ELEMENTS ESSENTIELS DE L'ACTE

Convention on the service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaries et extrajudiciares en matière civile ou commerciale, signée à La Haye, le 15 Novembre 1965.*

(article 5, fourth paragraph)
*(article 5, alinéa 4)*

Name and address of the requesting authority:
*Nom et adresse de l'autorité requérante:* UMS Solutions d/b/a Universal Imaging, c/o Steven Sledzik, Esq., Jones Morrison, LLP, 670 White Plains Road - PH Scarsdale, New York 10583 U.S.A.

Particulars of the parties*:
*Identité des parties* UMS Solutions d/b/a Universal Imaging/Brad Cornell

### JUDICIAL DOCUMENT**
### ACTE JUDICIAIRE

Nature and purpose of the document:
*Nature et objet de l'acte:* Petition and Summons, commence civil action/lawsuit to confirm Arbitration Award

Nature and purpose of the proceedings and, where appropriate, the amount in dispute:
*Nature et objet de l'instance, le cas échéant, le montant du litige:* Confirm Arbitration Award of $US 325,115.14, plus interest and attorneys' fees.

Date and place for entering appearance**:
*Date et lieu de la comparution:* Within twenty days of receipt, United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York 10007, U.S.A.

Court which has given judgment**:
*Juridiction qui a rendu la décision:*

Date of judgment**:
*Date de la décision:*

Time limits stated in the document**:
*Indication des délias figurant dans l'acte:*

### EXTRAJUDICIAL DOCUMENT**
### ACTE EXTRAJUDICIAIRE

Nature and purpose of the document:
*Nature et objet de l'acte:*

Time limits stated in the document**:
*Indication des délias figurant dans l'acte*

---

\* If appropriate, identity and address of the person interested in the transmission of the document.
*S'il y a lieu, identité et adresse de la personne intéressée à la transmission de l'acte.*

\*\* Delete if inappropriate.
*Rayer les mentions inutiles.*

3

**CERTIFICATE**
*ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1) that the document has been served*
1. *que la demande a été exécutée*
   - the (date)
   - *le (date)* __AUGUST 2, 2017__
   - at (place, street, number)
   - *à (localité, rue numéro)* __Richmond Provincial Court__
     __Sheriff Services__
     __7577 Elmbridge Way__
     __Richmond, B.C.  V6X 4J2__
   - in one of the following methods authorised by article 5*
   - *dans une des formes suivantes prévues à l'article 5:*
     - [ ] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
       a) *selon les formes légales (article 5, alinéa premier, lettre a),*
     - [ ] (b) in accordance with the following particular method*:
       b) *selon la forme particulière suivante:* __PERSONAL SERVICE__
     - [ ] (c) by delivery to the addressee, who accepted it voluntarily.*
       c) *par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
   - (identity and description of person)
   - *(identité et qualité de la personne)* __BRADLEY DAVID MICHAEL CORNELL__
     __BCDL # 6524761__
   - relationship to the addressee (family, business or other):
   - *liens de parenté, de subordination o autres, avec le destinataire de l'acte:*

2) that the document has not been served, by reason of the following facts*:
2. *que la demande n'a pas été exécutée, en raison des faits suivants:*

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

Annexes
*Annexes*
Documents returned:
*Pièces renvoyées:*

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*

Done __7577 Elmbridge Way__     the __AUGUST 2, 2017__
*Fait* __Richmond, B.C.  V6X 4J2__   *le*

Richmond Provincial Court
Sheriff Services

Signature and/or stamp:
*Signature et/ou cachet.*

__J. DAUSAY #2096__

* Delete if inappropriate.
  *Rayer les mentions inutiles.*